UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

U.S. DISTRICT COURT
DISTRICT OF N.H.
FILED

2014 APR 15 P 4: 20

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | No. 1:14-CR-49-01-JL |
| v. | ) | |
| | ) | |
| PETER McGLYNN | ) | |

## INFORMATION

The United States Attorney charges:

### COUNT ONE

[Fraudulently Obtaining Controlled Substances - 21 U.S.C. § 843(a)(3)]

On or about January 16, 2013, at Exeter in the District of New Hampshire, the defendant, PETER McGLYNN, did knowingly and intentionally acquire and obtain possession of fentanyl, a Schedule II controlled substance, by misrepresentation, fraud, forgery, deception, and subterfuge.

All in violation of Title 21, United States Code, Section 843(a)(3).

JOHN P. KACAVAS
UNITED STATES ATTORNEY

By: _____
John J. Farley
Assistant U.S. Attorney

DATED: April 15, 2014